■     In the Matter of Eugene J. (Anonymous), Appellant.—Order of the Family Court, Suffolk County, dated November 26, 1974, affirmed, without costs or disbursements. The proceedings were fair and impartial and the determination was amply supported by the record on this appeal. Hopkins, Acting P. J., Cohalan, Christ and Titone, JJ., concur. Shapiro, J., dissents and votes to reverse the order and dismiss the petition (see *People v Cantor,* 36 NY2d 106).

■     In the Matter of Port Chester Teachers Association, Appellant, v Union Free School District, Town of Rye, Respondent.—Judgment of the Supreme Court, Westchester County, entered February 20, 1975, affirmed, with $50 costs and disbursements, upon the opinion of Mr. Justice Slifkin at Special Term. Hopkins, Acting P. J., Cohalan, Christ, Shapiro and Titone, JJ., concur.